No. 82–1386.  FIELDS v. SUMMIT ENGINEERING.  Appeal from Sup. Ct. Mont. dismissed for want of properly presented federal question.

No. 82–1445.  THE DON'T BANKRUPT WASHINGTON COMMITTEE v. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL.  Appeal from C. A. 9th Cir. dismissed for want of jurisdiction it appearing appellant lacks standing to bring this appeal. 696 F. 2d 692.

No. 82–1477.  PACIFIC STANDARD LIFE INSURANCE CO. ET AL. v. COMMITTEE TO SAVE NUKOLII ET AL.  Appeal from Sup. Ct. Haw.  Motions of National Association of Home Builders et al. and National Association of Realtors for leave to file briefs as amici curiae granted.  Appeal dismissed for want of substantial federal question.

No. 82–1399.  ALESSI ET AL. v. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT.  Ct. App. N. Y.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of In re R. M. J., 455 U. S. 191 (1982).

No. 82–25.  JONES, A MINOR CHILD, BY HIS MOTHER AND NEXT FRIEND, JONES, ET AL. v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  [Certiorari granted, 459 U. S. 965.]  Judgment vacated and case remanded for further consideration in light of Miss. Code Ann. § 91–1–15 (Supp. 1982), as to the Jones petitioners, and in light of Adkins v. McEldowney, —— W. Va. ——, 280 S. E. 2d 231 (1981), as to the Simms petitioners.